IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 07-340 |
| | ) | |
| v. | ) | (21 U.S.C. §846) |
| | ) | |
| NICK MOROBITTO | ) | |
| MATTHEW WARHOLA | ) | |
| JUSTIN SWOGER | ) | |

## INDICTMENT

The grand jury charges:

From in and around August 2006, and continuing thereafter to in and around April 2007, in the Western District of Pennsylvania and elsewhere, the defendants, NICK MOROBITTO, MATTHEW WARHOLA, and JUSTIN SWOGER, did knowingly, intentionally, and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute oxycodone, a Schedule II controlled substance, in the form of OxyContin tablets, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

A True Bill,

_____
FOREPERSON

_____
MARY BETH BUCHANAN
United States Attorney
PA I.D. No. 50254