IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
            V.                )   Criminal No. 07-340
                              )
NICK MOROBITTO, MATTHEW       )
WARHOLA, JUSTIN SWOGER        )

## ORDER OF COURT

Upon consideration of Defendant Justin Swoger's Motion to Extend Time for Filing Pretrial Motions, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the extension of time caused by this continuance (November 5, 2007 until December 14, 2007) is excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant to a speedy trial, 18 U.S.C. § 3161(h)(8)(A), since, for the reasons stated in Defendant's Motion, the failure to grant such continuance would unreasonably deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12.1 are due on or before December 14, 2007.

_s/ Terrence F. McVerry_____
Terrence F. McVerry
United States District Judge

cc:   Counsel of Record