PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. Justin Swoger                                    Docket No.    0315 2:07CR00340-003

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Justin Swoger, who was placed under pretrial release supervision by the Honorable Robert C. Mitchell, sitting in the COURT at Pittsburgh, Pennsylvania, on the 24th day of October 2007, under the following conditions:

1. The defendant shall report to Pretrial Services as directed.
2. The defendant shall remain in the Western District of Pennsylvania.
3. The defendant shall not possess any firearm or other destructive device.
4. The defendant shall refrain from the excessive use of alcohol.
5. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance, unless prescribed by a physician.
6. The defendant shall submit to drug testing as directed.
7. The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the Pretrial Services Office or supervising officer.
8. The defendant shall refrain from obstructing of attempting to obstruct drug testing.
9. The defendant shall report as soon as possible, any contact with law enforcement.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS

The defendant submitted a drug test which tested positive for morphine on June 12, 2008. He also submitted a specimen which tested positive for oxycodone on July 11, 2008.

The defendant has failed to appear for drug testing on multiple occasions at CARE in Washington, Pennsylvania.

The defendant has failed to report in person to Pretrial Services on the first Wednesday of May, June, July and August 2008.

The defendant has failed to report weekly by telephone to Pretrial Services on multiple occasions during May, June, July and August 2008.

**PRAYING THAT THE COURT WILL ORDER THAT A BOND REVOCATION HEARING BE SCHEDULED FOR** _September 15, 2008 at 1:30 p.m._ .

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Considered and ordered this __28th__ day of __August__, 2008, and ordered filed and made a part of the records in the above case.

s/ Terrence F. McVerry

**Honorable Terrence F. McVerry**
**U.S. District Judge**

Executed on __August 22, 2008__

_signature_
Eric D. Bossart
U.S. Pretrial Services/Probation Officer

_signature_
Elaine M. Johnston
Supervising U.S. Pretrial Services/Probation Officer

Place __Pittsburgh, Pennsylvania__